# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Abraham Leifer Docket No.: 26-2332

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Arthur L. Shingler III

Firm: Robbins Geller Rudman & Dowd LLP

Address: 655 West Broadway, Suite 1900, San Diego, CA 92101

Telephone: (619) 231-1058 Fax: (619) 231-7423

E-mail: ashingler@rgrdlaw.com

**Appearance for:** Petitioners Abraham Leifer and Tamara Stevens, on behalf of themselves and all others similarly situated
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______________________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______________________________)
(name/firm)

☑ Additional counsel (co-counsel with: Steven F. Hubachek)
(name/firm)

☐ Amicus (in support of: ______________________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ______________________________ OR

☑ I applied for admission on 8/27/2026.

Signature of Counsel: s/ Arthur L. Shingler III

Type or Print Name: Arthur L. Shingler III